IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEWIS MARTIN MOTON, JR.,

    Plaintiff,

v.                                                                             4:19cv86–WS/HTC

DR. BAYOLO, NURSE
PRACTITIONER M. VANDERMARK,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 19) docketed May 28, 2019. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed for abuse of the judicial process under 28 U.S.C. § 1915(e) based on the plaintiff's failure to fully disclose his prior litigation history. The plaintiff has filed objections (ECF No. 21) to the magistrate judge's report and recommendation. In his objections, the plaintiff states that he "may be inept, but he is far from malicious or abusive." He does not otherwise explain his failure to disclose at least five cases as required, including one filed as

recently as February 12, 2018.

Because the plaintiff has provided no persuasive reason to excuse his failure to fully and accurately disclose his prior litigation history as required on his complaint form, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 19) is hereby ADOPTED and incorporated by reference into this order.

2. This case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for abuse of the judicial process.

3. The clerk shall enter judgment stating: "This case is DISMISSED WITHOUT PREJUDICE."

4. The clerk shall close the file.

DONE AND ORDERED this   2nd   day of    July   , 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE